**Order entered July 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00482-CR

**KRISTIAN MICHAEL WRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 33838CR**

### ORDER

Appellant filed her timely notice of appeal on May 20, 2022. Before the Court is court reporter Shannon Sudderth's July 11, 2022 request for additional time to file the record. The motion states that Ms. Sudderth is not working on the record because no payment arrangements have been made.

It is not clear from the clerk's record whether appellant has been declared indigent for purposes of the appellate record. Although appellate counsel stated in his June 23, 2022 motion to substitute that he was retained by appellant's family, a

criminal appellant may be represented by retained counsel yet be indigent for purposes of appeal, particularly when someone other than the appellant is paying for counsel.

Therefore, we **ORDER** the trial court to hold a hearing to determine whether appellant is indigent for purposes of this appeal and to file, within **FIFTEEN DAYS OF THE DATE OF THIS ORDER**, findings regarding appellant's status (i.e., whether appellant is indigent or not indigent for purposes of this appeal). The Court will defer ruling on Ms. Sudderth's request until the findings are filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; to court reporter Shannon Sudderth; and to counsel for all parties.

We **ABATE** this appeal for the trial court to hold a hearing and make appropriate findings. The appeal will be reinstated when the findings are filed or when the Court determines it appropriate to do so.


/s/     LANA MYERS
JUSTICE